Dear Clerk Abel Acosta,

I AM WRITING you in reGards of my transcripts since i can't Get my APPEEl AttorNey or Trial AttorNey to GivE me a copy And my Family can't Get them at Full Cost I was wondering if i Get them in Parts or at a Discount. i want to Go to war But i have No weePon i am innocent and can't Prove it without anything to show iF i Can Could you help me with i am reQuesting here on the case of Cause Number 12-00951-CRF-272 ND     THANK YOU

GOD BLESS YOU AND HAPPY

HOLIDAYS TO YOU AND

FAMILIES

Your Truly

VIRGIl JonES
#1828820
McConnell unit
3001 S Emily Dr.
BEEVille TX 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 30 2015

Abel Acosta. Clerk

C.C.